#02-13125
Riley

**JPMORGAN CHASE BANK**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS  110
1-2/210

TID #380420
J. MARSHALL MILLER
P.O. BOX 30120
NEW ORLEANS LA 70190-0120

| Case | Debtor |
|---|---|
| 02-13125 TMB | Riley, Leroy |
| 312895417667 | Riley, Lola |
| COMBINED DIVIDEND PAYMENTS | |

Date 01/12/2004    $ ***********3.75

~~~Three Dollars and 75/100

Pay to the Order of: U.S. Bankruptcy Court

Trustee

2 l0000 2 1I: 3 l2895 4 l7667 1II

---

UNITED STATES
BANKRUPTCY COURT
Eastern District of Louisiana
New Orleans Division

# 00202254 - KF
January 15, 2004

| Code | Case # | Qty | Amount |
|---|---|---|---|
| UNC.UNDE | 02-13125 | | 3.75 CK |
| TOTAL→ | | | 3.75 |

FROM: MILLER

RELIEF
ORDERED
FEE PD.
COMP.

$3.75
Deposited to
unclaimed
under or 1/15/04