#02-13125
Riley

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS    111
1-2 / 210
122

| Case | Debtor |
|---|---|
| 02-13125 TMB | Riley, Leroy |
| 312895417667 | Riley, Lola |

Unknown Debtor Address - Deposited with Registry of Court

TID #380420
J. MARSHALL MILLER
P.O. BOX 30120
NEW ORLEANS LA 70190-0120

Date 02/10/2004    $ *******1,751.32

~~~One Thousand Seven Hundred Fifty-One Dollars and 32/100

Pay to the Order of: United States Bankruptcy Court, Eastern Dist. of LA
500 Poydras Street
New Orleans LA 70130

Trustee

DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

:021000021\:312895417667\"

UNITED STATES
BANKRUPTCY COURT
Eastern District of Louisiana
New Orleans Division

# 00202872 - KF
February 11, 2004

| Code | Case # | Qty | Amount |
|---|---|---|---|
| TREASURY | 02-13125 | | 1,751.32 CK |
| TOTAL→ | | | 1,751.32 |

FROM: MILLER

RELIEF
ORDERED
FEE PD
COMP
U.C.

$1751 32
Deposited to
Treasury 6047BK
on 2/11/04

J. Marshall Miller
Chapter 7 Bankruptcy Trustee
P.O. Box 30120
New Orleans, Louisiana 70190-0120
Tel: (504) 865-7873
Fax: (504) 865-7910

February 10, 2004

United States Bankruptcy Court
Eastern District of Louisiana
Clerk of Court
500 Poydras St., Room B-601
New Orleans, LA 70130-3386

    RE: Leroy and Lola Riley
           Bankruptcy Case No. 02-13125

Gentleman:

    Enclosed please find a check made payable to you for $1,751.32 to be deposited to the registry of the Court.

    This check represents surplus funds which are due the above referenced debtors. We have attempted to send the check to the debtors at their address of record, but have been unsuccessful (see attached copy of voided check). We have notified the debtors' attorney who has also informed us that they do not have a more current address for the debtors than that which appears of record.

    If you require more information, please contact us at the above address and number.

    With best regards, I remain

                                              Sincerely,

                                             J. Marshall Miller

JMM/lg
Emclosure

