SAMPLE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE [Case Name]   BANKRUPTCY CASE NO. [Number]
                    02-13125

Debtor(s)           CHAPTER [Number]

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, **Lola Riley**, the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On **June 21, 2010**, the trustee of this estate deposited the sum of $ **1,751.32**, belonging to **Lola Riley** [insert name of original owners of record of the funds], with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347(a).

2. I seek payment of these unclaimed funds to **Lola Riley** at the following address: **1110 Robinson Ave, Marrero, La 70072**

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

[insert date]   **Lola D. Riley**
**June 21, 2010**   [signature]
                    Claimant's Name
                    Mailing Address **1110 Robinson Ave**
                    City, State, Zip Code **Marrero, La 70072**
                    Phone Number **504-982-5308**
                    Email Address (if filed electronically)

Subscribed and Sworn Before Me this **21** day of **June**, 20**10**

**Robert G. Harvey Sr.**
Notary Public in and for the State of **Louisiana**
My commission expires: **at Death**

ROBERT G. HARVEY, SR.
BAR NO. 18615
NOTARY PUBLIC
STATE OF LOUISIANA
TERM IS FOR LIFE

4

SAMPLE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE [Case Name]  BANKRUPTCY CASE NO. [Number]

Debtor(s)  CHAPTER [Number]

CERTIFICATE OF SERVICE

I, __Lola Riley__ [insert claimant's name], certify that on __June 21, 2010__ [insert date], a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

Claimant's Name  LOLA RILEY
Mailing Address  1110 Robinson Ave
City, State, Zip Code  MARRERO LA 70072
Phone Number  504-982-5300
Email Address (if filed electronically)

5