# United States Bankruptcy Court
# Eastern District of Louisiana

To: Lola D. Riley  
Debtor(s): Leroy and Lola Riley

Case Number: 02-13125  
Chapter: 7

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds** is deficient for the following reason(s):

☒ The both claimants' signatures must be notarized.

☒ Copy of both claimant's current drivers licenses or other government-issued identification containing the claimant's photograph and current address is required.

☒ Copies of both claimants' social security cards are required.

☒ Documentation that the claimant resided at the original address at the time of deposit is required. (Ex. old electric bill, telephone bill or any document with the original address, etc.)

☒ Certificate of service lacks a signature.

☒ **Multiple parties**. If the amount was originally deposited in the name of multiple parties, the motion to withdraw funds must include all of the same parties. The Clerk's Office will issue any checks in the name of all of the parties listed on the original deposit. The only exception is if good cause is shown, such as a death or consent of the party not being included in the check.

For further procedural information or questions regarding unclaimed funds, please contact the Finance Section of the Clerk's Office @ (504) 589-7862.

By: Cheryl Vogel  
Deputy Clerk

Date: July 19, 2010